UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **LOUISE BROWN YARBRA,** | ) | BANKRUPTCY |
| | ) | CASE NO.: 22-51532-PMB |
| Debtor, | ) | CHAPTER 13 |

---

| | | |
|---|---|---|
| **LOUISE BROWN YARBRA,** | ) | |
| | ) | |
| Plaintiff, | ) | ADVERSARY PROCEEDING |
| | ) | NO. 22-05110-PMB |
| v. | ) | |
| | ) | |
| **U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CABANA SERIES III TRUST,** | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____/ | | |

## DEFENDANT U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CABANA SERIES III TRUST'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE

COMES NOW, U.S. Bank Trust National Association, as Trusutee of the Cabana Series III Trust ("Movant"), Defendant in the above-styled action to enforce the automatic stay and set aside foreclosure, and respectfully move the Court for an order dismissing Plaintiff's Complaint with prejudice pursuant to Rule 7012, Federal Rules of Bankruptcy Procedure; Rules 7(b), 12(b)(1), and 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the Court lacks subject-matter jurisdiction and the Complaint fails to state a claim upon which relief can be granted. In support of this Motion, Movant is contemporaneously filing its Memorandum of Law in support of this Motion containing arguments and citation of authorities. The Memorandum of Law is expressly incorporated herein pursuant to BLR 7007-1(a).

WHEREFORE, Respondents prays this Honorable Court:

A.  grant their Motion to Dismiss based on the Court's lack of subject-matter jurisdiction and Plaintiff's failure to state a claim upon which relief can be granted, with prejudice;

B.  Plaintiff from commencing further court proceedings against Movant;

C.  award Movant's costs and reasonable attorneys' fees; and

D.  for such other and further relief as this Court deems just and proper.

Respectfully submitted this 19th day of October, 2022.

By: /s/ Erin M. Rose Quinn
Erin M. Rose Quinn, Esq.
Georgia Bar No. 547833
*Counsel for Movant U.S. Bank*
Quinn Legal, P.A.
19321 US Hwy 19 N, Suite 512
Clearwater, FL 33764
Phone: (727) 474-9603
Fax: (727) 474-9583
eservice@quinnlegal.com
equinn@quinnlegal.com
kmiller@quinnlegal.com